UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY JACKSON,

    Defendant.

Criminal No.  20-cr-20510

HON. MATTHEW F. LIETMAN
United States District Judge

## ORDER FOR ENLARGEMENT OF TIME TO FILE AN ANSWER

The United States having applied for an extension of time to file a response to defendant's compassionate release motion, good cause and excusable neglect having been shown; and the court being otherwise fully advised;

**IT IS HEREBY ORDERED** that the United States shall have, up to and including May 16, 2022, to file a response to defendant's motion.

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated:  April 28, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2022, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126