UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            Case No. 20-cr-20510
                                            Hon. Matthew F. Leitman

ANTHONY JACKSON,

    Defendant.
_____/

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE (ECF No. 32) AS MOOT

On March 23, 2022, Defendant Anthony Jackson filed a motion for compassionate release. (*See* Mot., ECF No. 32.) Records of the Bureau of Prisons indicate that Jackson has been released from custody. Accordingly, Jackson's motion is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2022, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126