UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 20-cr-20510
                                Hon. Matthew F. Leitman

ANTHONY JACKSON,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR
## TEMPORARY RELEASE FROM CUSTODY

Defendant Anthony Jackson, having filed a motion for temporary release from custody, and the Court having been duly advised in the premises;

**IT IS HEREBY ORDERED** that the motion for temporary release from custody is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant be permitted to leave the Genesee County Jail on Friday, January 23, 2026, at 8:00 a.m., in order to attend the funeral of his Grandfather Kenneth Altheimer. Defendant shall return to the Genesee County Jail on January 23, 2026, no later than 5:00 p.m.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  January 21, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 21, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
